AO 91 (Rev. 11/11)  Criminal Complaint | AUSA: Ann Nee  Telephone: (313) 226-9100
Special Agent: Dustin Swensson  Telephone: (313) 965-2323

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
  v.
Ricardo Jose Ruiz

Case No. 2:25-mj-30638
Judge: Unassigned,
Filed: 10-10-2025 At 11:28 AM
CMP USA V. RICARDO JOSE RUIZ (DA)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 2025 to October 9, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Coercion or enticement of a minor |
| 18 U.S.C. § 2252A(a)(2) | Receipt of child pornography |
| 18 U.S.C. § 2252A(a)(5)(b) | Possession of child pornography |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_Complainant's signature_

Dustin Swensson, Special Agent (FBI)
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: October 10, 2025

_Judge's signature_

City and state: Detroit, Michigan

Hon. Elizabeth Stafford, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Dustin Swensson, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

1. I have been employed as a Special Agent of the FBI since 2016 and am currently assigned to the FBI Detroit Division. Prior to being employed by the FBI, I served in the US Army and later worked for several defense contractors as a counter-terrorism analyst. While employed by the FBI, I have drafted affidavits for arrest warrants and search warrants, including searches of residences and electronic devices. I have investigated numerous federal violations, including cases involving child pornography and the sexual exploitation of children. I have gained experience through training at the FBI Academy, post Academy training, and everyday work related to conducting these types of investigations.

2. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. § 2252A. I am authorized by law to request an arrest warrant.

3. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Ricardo Jose Ruiz for violations of 18 U.S.C.

1

§ 2422(b) (enticement and/or coercion of a minor), 18 U.S.C. § 2252A(a)(2) (receipt of child pornography), and 18 U.S.C. § 2252A(a)(5)(B) (possession of child pornography).

4.  The statements contained in this affidavit are based in part on information provided by U.S. law enforcement officers, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from investigative sources of information, and my experience, training, and background as a Special Agent.

5.  This affidavit is submitted for the limited purpose of securing a complaint and arrest warrant. I have not included every fact known to me concerning this investigation. Instead, I have set forth only facts necessary to establish probable cause that Ruiz has violated 18 U.S.C. § 2422(b), 18 U.S.C. § 2252A(a)(2), and 18 U.S.C. § 2252A(a)(5)(B).

6.  In September 2025, two minor girls, one aged 12 years old (Minor Victim, MV1) and one aged 13 years old (MV2) reported to police that they had been sexually assaulted by Ricardo Jose Ruiz, of River Rouge in Ruiz's home. Further, MV1 and MV2 reported that Ruiz had requested MV1 and MV2 send him images and videos of themselves. MV2 reported that Ruiz took her cellular phone and sent himself, via Snapchat, nude images and videos of MV2 which were stored

on MV2's phone. Additionally, MV2 and Ruiz exchanged nude images and videos of themselves also via Snapchat. MV1 and MV2 stated Ruiz knew their ages.

7. During an interview in September 2025 with police detective, MV1 stated that while at Ruiz's home, Ruiz provided MV1 with marijuana which they both smoked until MV1 felt like she could not move. MV1 recalled laying on her back and Ruiz taking off her pants and underwear. MV1 stated she told Ruiz to stop but Ruiz did not. MV1 said she passed out and awoke to Ruiz nude and on top of her, going up and down, with his private parts touching her private parts. MV1 stated Ruiz was aware she was 12 years old. MV1 further stated "He (Ruiz) said he did not care about age or gender and would date a 10-year-old if he could."

8. During an interview in September 2025 with a police detective, MV2 reported she met Ruiz though MV1. MV2 was spending the night with MV1 when the two girls went to the park and met Ruiz. MV2 stated Ruiz knew she was 13 years old. MV2 stated she, MV1 and Ruiz went into his room where Ruiz gave MV2 marijuana. MV2 said Ruiz kissed her and touched her breasts and vagina through her clothes. While in Ruiz's room, MV2 told him that she had naked images of herself on her cellular phone. Upon learning this, Ruiz took MV2's phone and sent himself nude images and a nude video of MV2 via Snapchat. During the interview, MV2 identified several of the nude images and the video Ruiz sent himself via Snapchat using MV2's phone. The images depicted MV2's breasts, vagina and anus.

The video depicted MV2 masturbating. MV2 also stated she used Snapchat to send Ruiz nude content of herself. MV2 identified Ruiz's Snapchat account as having username, "XXXX.19".

9. A forensic review of MV2's cellular phone revealed images and videos consistent with those described by MV2 as having been sent by MV2 via Snapchat to Ruiz, as well as having been sent by Ruiz to himself using MV2's phone. Examples included:

    a. An image depicting the nude breast and vagina of MV2. Metadata associated with this image indicated it was associated with Snapchat.

    b. Two videos depicting MV2 masturbating. Metadata associated with this video indicated it was associated with Snapchat.

10. On October 9, 2025 the FBI conducted a search warrant at Ruiz's home in River Rouge, Michigan. Ruiz was present during the search warrant and was interviewed by the FBI. Ruiz was advised of his *Miranda* rights and agreed to speak with the FBI and a detective from the River Rouge Police Department.

11. During his interview Ruiz stated his Snapchat username was "XXXX.19". Ruiz stated he met MV1 through another minor girl, and that MV1 then introduced him to MV2. Ruiz stated he believed MV1 was 13 years old and MV2 was 14 years old. Ruiz communicated via Snapchat with both MV1 and MV2

4

and asked MV2 for naked images and videos. Ruiz stated MV2 sent him naked videos and images via Snapchat and those images and videos might be on his cellular phone. Ruiz said he "probably" sent MV2 explicit images and videos via Snapchat of himself including a video of Ruiz masturbating.

12. Ruiz also stated that he texted with the minor victims to arrange meeting in person at his house. During his interview Ruiz stated that he put his fingers inside MV1's vagina while in the basement of his home. Ruiz stated he also put his fingers inside MV2's vagina while in the basement of his home. Ruiz said he kissed both MV1 and MV2. Ruiz denied giving MV1 or MV2 marijuana.

13. FBI agents performed a manual review of Ruiz's phone during the execution of the search warrant. In the "hidden" folder of Ruiz's photo gallery were two videos which depicted MV2 masturbating. Both videos contained metadata indicating they were saved from Snapchat. One of the videos of MV2 masturbating was previously located on MV2's phone during the forensic review of MV2's device.

14. During the manual review of Ruiz's phone, it was discovered that Snapchat account "XXXX.19" was signed in on the device and had contact with a Snapchat account used by MV2 as recently as October 8, 2025.

## CONCLUSION

15. Based on the foregoing, there is probable cause to believe that Ricardo Jose Ruiz committed violations of 18 U.S.C. § 2422(b) (enticement and/or coercion of a minor), 18 U.S.C. § 2252A(a)(2) (receipt of child pornography), and 18 U.S.C. § 2252A(a)(5)(B) (possession of child pornography).

Respectfully submitted,

Dustin Swensson, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

HON. ELIZABETH STAFFORD
UNITED STATES MAGISTRATE JUDGE
Date:  October 10, 2025